IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| SUSIE KNOTT, et al., )<br>)<br>Plaintiff, )<br>v.  )<br>)<br>DOLLAR TREE STORES, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>7:06-CV-1553-LSC |
| CHELSIE RICHARDSON, )<br>CYNTHIA ANN COLLINS, )<br>BERYL DAUZAT, et al., )<br>)<br>Plaintiffs, )<br>v.  )<br>)<br>DOLLAR TREE STORES, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>7:08-CV-693-LSC |

ORDER

The Court has for its consideration Defendant's brief regarding the dismissal of opt-in Plaintiffs without prejudice because of decertification and the appealability of the October 2010 dismissal of Plaintiffs who failed to answer special interrogatories. (Doc. 521.) In accordance with the applicable law, all the claims of the following list of opt-in Plaintiffs are DISMISSED WITHOUT PREJUDICE: Allen, Barbara; Angell,

Sonya Lynn; Appelbaum, Arnold; Appleton, Kathy; Argo, Eanette; Babin, Fay Ann; Badgett (Minker), Debra; Barrett, Deborah L.; Beck, John .; Belanger, David; Belletete, Gloria A.; Bilak-Thompson, Risa; Billiot, Denise; Bishop, Efferson M.; Blackburn, Charles; Bledsoe, David R.; Booker, William; Booth, Imberly; Boussatta, Rachid; Brackett, Paula; Britten, Laurie; Brown, Kenneth J.; Brown, Patricia Ruth; Bujnevicie, Linda; Burch, Eugene A.; Bush, Bernard L.; Cantil, Enneth R.; Ceci, Michael; Chacon, Eric J.; Chambers, Brenda; Chambers, Bridget; Clark, Cindy; Coleman, Denise; Collins, Deborah; Combs, William; Coon, Sandra Lee; Coppedge, Lloyd; Coscia, Victor; Crabtree-Rajo, Michele; Creyts, John V.; Cummings-Lucco, Debra; Cunningham, Richard; Davis, Amy; Davis, David E.; Davis, Jamey; Davis, Lisa; Desimone, Susan; Detraz, Sara D.; Diaz, Robin; Dickey, John; Dickinson, Candy D.; D'iorio, Betsy A.; Dolls, Kenneth R.; Dominguez, Jesse J.; Donovan, Robert A.; Dwelley, Winford; Eastin, Wanda J.; Eastin-Russell, Rebecca; Edelen, Joseph L.; Edwards, Mary Beth; Epert, Susan; Ferris, Virginia L.; Fincham, Curtis E.; Flora, Randy; Fontalvo, Samantha; Ford, Arine; Ford, Jr., Roy; Forrester, Rachel; Fortes, Marc; Francis, Michel; Frederick, Risha; Frelix, Shirley; Friedman, Nicholas D.; Fujimori, Paul T.; Fussell, Edward R.; Gaines, Rollin; Gallagher-Tribett, Cheryl A.; Garcia, Carmen; Garcia, Deanna Lynn; Garcia, Mark L.; Gard, Bernadette; Garrick, Elizabeth Anne; Gordon, Scott; Gossett, Ellis M.; Gossett, Patricia; Green, Linda S.;

Greer, Ron; Hamant, Thelma; Hamm, Anthony; Harding, William; Harris, Delores J.; Harshbarger, Michael; Hastings, Carol E.; Hatin, Cheyenne; Heisler, Janet; Hellman, David M.; Henry, Brian; Henry, Paula; Herbert, Beckie; Herrera, Cinthia; Herrera, Norma L.; Holler, Icholas; Holsapple, Katherine M.; Hopper, Diedre; Hornes, Jr., Ellis; Howard, Rnest D.; Howard, Tamela A.; Hunter, Virgil; Hutchens-Hubbard, Brenda; Iannacone, Mary C.; Iddings, Cheryll A.; Jack,S-Beuels Katie; Jackson, Carol S.; Janer, III, Frank P.; Jenkins/Knight, Tabitha; Juve, Janinne A.; Kaufmann, Steven A.; Kelley, Cornelius; Kemp, Brent; Kendrick, Melody; Kennedy, Pamela R.; King, III, Illiam R.; Kloehn, Kevin; Knight, Rosanna; Kolb, Michael J.; Kruswicki, Enise; Lane, Thomas; Larkin, Sandra E.; Latko, Jr., George H.; Leininger, James L.; Lelakowski, Elaine M.; Lewis, Lillian; Lipscomb, Amy; Lomuscio, Dominic; Lopez, Ernando; Love, David; Macho, Michael; Madding, William; Mannon, Sandra; Martin, Arlene R.; Massey, Orville C.; Massey, Tim; McClain, Jr., Lloyd; McCloud, John; McComb, Wendy; McCullers, Hayden; McElroy, Roy T.; McGill, Virginia L.; Michael, Teven; Micharski, Jr., John; Miller, Erich; Miller, Melanie; Miller, Jr., Robert Rex; Miranda, Jorge; Misztura, Timothy J.; Mitchell, Isaac; Mitchell, Phillip W.; Moore, Esley K.; Morgan, Kathy; Morris, William C.; Mudgett, Paula; Mullaney, Justin M.; Nation, Sharon K.; Nichols, Leonard R.; Nitsche, Linda M.; Novak, John J.; Owens, Obert S.; Park, Michael;

Paulino, Sandra L.; Peeples, Edwin; Pendell, Jerome M.; Perez, Manny J.; Peterson, Mitchell C.; Petrella, Rochelle; Pfeufer, Mary E.; Phelps, Debbie; Poliskie, Victor J.; Poniske, J. David; Potts, Connie M.; Price, Larry .; Pulver, Connie; Ransom, Kimberly; Ratliff, James; Ray, Christy; Reynolds, Dan; Richard, Donna; Richards, Lori; Roberts, Florence B.; Robinson, Brenda S.; Robinson, Mills T.; Robinson, Rhonda; Rock, Milissa Jo; Romano, Robert T.; Roof-Fountain, Martha M.; Rose, Elvie L.; Russo-Henke, Acqueline; Ryan, Paul D.; Rzucek, Carlota; Sanchez, Ruben; Sanderson, Ella; Saniti, Johnny; Satterthwaite, Sheila; Schmerbeck, James; Schneider, William J.; Schweikert, Chris L.; Self, David; Sellers, Sherry; Shallow, Kathleen L.; Sippo, Atherine M.; Sircy, Jr., Richard Allen; Smith, Angila M.; Snow, Jonathan; Snyder, Obert; Souza, Lenny; Squires, Wanda; Steadman, Michael; Steffy, Troy M.; Stevens, Aul R.; Stewart, Michael W.; Strauss, Jacob; Swedburg, Judy A.; Szybka, Pamalea Ynn; Talbert, Glenda; Teel,E-Pate Wanda S.; Thatch, Duane; Tillis, Steve; Tonder, Aymond John; Towner, Mary; Trippanera, Laurinda; Tyler-Mills, Rebecca; Valenzuela, Murray Ivonne L.; Valle, Daryl; Vamosy, Vera M.; Vanetten, Kent; Vanhoose, James; Vedder, Angie; Veller, Kimberly; Walton, Patricia Elaine; Ward, Ori; Warren, Gwyneth; Watts, John; Webb, Toni; Wenhold, Jay Clifford; Westbrook, Donna; Westerman, Mary; Wettig, George; White, John F.; Whitley, Ruce; Williams, Brenda; Williams, Christopher S.; Williams, Randy; Williams, Victor; Wills, Jaime;

Winebrenner, Lillian Nannette; Wojciechowski, Charles; Wooley, La Ashai S.; Worthy, Sandra; Wright, Joshua Scott; Ziegelmeier, Andrew O.; Ziemer, Ngela A.; Zink, Bernard.

To avoid prejudice to individual opt-in Plaintiffs who may choose to file their own cases, the Court invokes its equity powers to toll the applicable statutes limitations for ninety (90) days after the entry of this order. The claims of Plaintiffs Susie Knott, Chelsie Richardson, Cynthia Ann Collins, and Beryl Dauzat remain pending herein for trial.

Done this 2nd day of November 2012.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

171032